AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Warren L. Pearson | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    4:11-cv-948-RBH |
| Physician Dr Capers, Mr McIntosh et al | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is summarily dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The Court adopts the Report and Recommendation of the Magistrate Thomas E. Rogers, III.

Date:   June 15, 2011                                          *CLERK OF COURT*

                                                               s/Debbie Stokes
                                                               *Signature of Clerk or Deputy Clerk*